# United States District Court
## Middle District of Florida
### Orlando Division

CAROLYN NAULT,

                **Plaintiff,**

-vs-                                      **Case No. 6:09-cv-1229-Orl-31GJK**

THE EVANGELICAL LUTHERAN GOOD
SAMARITAN FOUNDATION,

                **Defendant.**

_____

# ORDER

This matter came before the Court without oral argument upon consideration of Plaintiff's, Carolyn Nault ("Plaintiff"), Response to this Court's Order and Motion for Voluntary Dismissal (collectively, the "Motion") (Docs. 21 and 22). Upon review, it is

**ORDERED** that the Motion is **DENIED** without prejudice for failing to comply with Local Rule 3.01(g), for failing to secure a stipulation of dismissal from Defendant pursuant to Fed. R. Civ. 41(a)(ii), and for otherwise being riddled with unprofessional grammatical and typographical errors that nearly render the entire Motion incomprehensible.

It is **FURTHER ORDERED** that Plaintiff's counsel, David W. Glasser, shall re-read the Local Rules and the Federal Rules of Civil Procedure in their entirety. Furthermore, Mr. Glasser shall personally hand deliver a copy of this Order, together with the Court's exhibit attached

thereto, to his client, Carolyn Nault, by no later than **Monday, September 21, 2009**. By no later than **Wednesday, September 23, 2009**, Mr. Glasser shall file with the Court a "Notice of Compliance," certifying to the Court that he has fully complied with this Order.

      **DONE** and **ORDERED** in Chambers, Orlando, Florida on September 15, 2009.

Copies furnished to:

Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE