IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CAROLYN NAULT                           CASE NO.:  6:09-cv-1229-Orl-31-GJK

     Plaintiff,

v.

THE EVANGELICAL LUTHERAN
GOOD SAMARITAN FOUNDATION d/b/a
GOOD SAMARITAN SOCIETY- DAYTONA

     Defendant.
_____/

**COUNSEL'S NOTICE OF PARTIAL COMPLIANCE WITH COURT'S ORDER AND REQUEST FOR ENLARGEMENT OF TIME TO COMPLETE READING OF LOCAL RULES OF COURT, UNITED STATES MIDDLE DISTRICT OF FLORIDA**

COMES now counsel for the Plaintiff, who does hereby file this response to the Court's order dated September 15, 2009 and Request for Enlargement of Time to Complete Reading of Local Rules of Court, United States Middle District of Florida , and states as follows:

1.    That on September 15, 2009, the Court issued an order instructing Plaintiff's counsel to re-read the Local Rules and the Federal Rules of Civil Procedure in their entirety. Additionally, counsel was to personally hand deliver a copy of the Court's order dated September 15, 2009, together with the Court's exhibit to his client, Carolyn Nault, by no later than Monday, September 21, 2009.

2.    That on Monday, September 21, 2009, at 1:15pm, counsel met with Carolyn Nault and delivered a copy of the Court's order with exhibit to Ms. Nault.

3.    That counsel has completed re-reading the Federal Rules of Civil Procedure.

4.    That counsel has been unable to finish re-reading the Local Rules of Civil Procedure as counsel's work schedule has included an unemployment hearing, arbitration, a

hearing regarding worker's compensation, and previously scheduled appointments with clients. Counsel was unable to complete the readings over the weekend as this was a Jewish holiday and counsel was in synagogue and observing a religious holiday.

5. That counsel is requesting an additional two (2) days, until on or before September 25, 2009, to complete reviewing the Local Rules of Federal Procedure and file a notice of compliance with the Court.

6. Counsel has contacted counsel for the Defendant, who has indicated that he has no objection with this request for additional time.

### **MEMORANDUM OF LAW**

Counsel for the Plaintiff has requested an extension of time to respond to the Court's order. An extension of time maybe granted by the court for good cause shown. Federal Rule of Civil Procedure 6(1)(A). Counsel has indicated that counsel has made a good faith effort and has partially complied with the Court's order. Counsel for the Plaintiff is requesting that the Court grant counsel a two (2) day extension until September 25, 2009.

I HEREBY CERTIFY that on the  23rd  day of September, 2009, the foregoing motion was electronically filed with the Clerk of Court using the Court's CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first class mail to all non-CM/ECF participants listed on the Court's notice of electronic filing.

       /s/ David W. Glasser, Esq.  
       DAVID W. GLASSER, ESQ.  
       116 Orange Avenue  
       Daytona Beach, FL 32114  
       Telephone: (386) 252-0175  
       Facsimile: (386) 257-0246  
       Fla. Bar No. 780022  
       Attorney for Plaintiff